UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOSEPH VAN VELZOR | § | |
| | § | CIVIL ACTION NO. |
| v. | § | 3:12-CV-2508-G |
| | § | |
| CITY OF BURLESON | § | |

## NOTICE OF SETTLEMENT

Pursuant to the Court's September 26, 2014 "Order Establishing Schedule and Certain Pretrial Requirements" (Doc. 50), the parties hereby notify the Court that the parties have settled the case in concept. The parties are still working on the details of bringing the case to a conclusion and should have finalized closing documents to the Court within 30 days.

Dated March 4, 2015.

Respectfully submitted:

BY: /s/*Wayne Krause Yang*
    WAYNE KRAUSE YANG
    State Bar No. 24032644
TEXAS CIVIL RIGHTS PROJECT
1405 Montopolis Drive
Austin, Texas 78741
(512) 474-5073
(512) 474-0726 fax
ATTORNEY FOR PLAINTIFF

BY: /s/*James T. Jeffrey, Jr.*
    JAMES T. JEFFREY, JR.
    State Bar No. 10612300
LAW OFFICES OF JIM JEFFREY
2214 Park Springs Blvd.
Arlington, Texas 76013
(817) 261-4640
(817) 275-5826 FAX
ATTORNEY FOR DEFENDANT

**NOTICE OF SETTLEMENT – Solo Page**